# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEANDRE SIMMONS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 20-cv-02191 |
| | ) |
| **CITY OF LAWRENCE, KANSAS** | ) |
| | ) |
| **Defendants** | ) |

## AGREED ORDER

NOW on this 1st day of May, 2020, upon agreement of the parties in the above case, the Court hereby orders the Kansas Human Rights Commission ("KHRC") to release all records in its possession concerning Plaintiff Deandre Simmons, including any and all documents to include, but not be limited to: correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto.  It is understood that the KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature or which are the work product of KHRC legal staff.

IT IS SO ORDERED.

Dated May 1, 2020, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

O:\ORDERS\20-2191-KHV-4.DOCX